# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**EDITH R. REID,**

      **Plaintiff,**

vs.                                                    Case No.:  2:12-cv-771
                                                             JUDGE GEORGE C. SMITH
                                                             Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On July 9, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed.  (*Report and Recommendation*, Doc. No. 23).  This matter is now before the Court on Plaintiff's Objections to that recommendation.  (*Objection*, Doc. No. 24).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

The objections present, once again, the issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*.  For the reasons stated in the *Report and Recommendation*, this Court agrees that the objections are without merit.

The *Report and Recommendation,* Doc. No. 23, is **ADOPTED** and **AFFIRMED.**  Plaintiff's Objections are hereby overruled.  The Clerk is instructed to enter final judgment in favor of the Defendant Commissioner of Social Security.

The Clerk shall remove Documents 23 and 24 from the Court's pending motions list.

The Clerk shall remove this case from the Court's pending cases list.

**IT IS SO ORDERED.**

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**